IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No.   14-cr-00346-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JESUS GONZALEZ-GONZALEZ,

    Defendant.

---

### ORDER

---

    PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

    ORDERED that Defendant Jesus Gonzalez-Gonzalez is sentenced to TIME SERVED.

    Dated at Denver, Colorado, this __4th__ day of November 2014.

BY THE COURT:

_____
Judge William J. Martínez
United States District Judge